**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6000**

_____

TIMOTHY MCLEAN, JR.,

        Plaintiff - Appellant,

    v.

GRANVILLE COUNTY; GRANVILLE COUNTY TRIBUNAL; ALLISON S. CAPPS; QUAN BRIDGES,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-ct-03282-BO-RJ)

_____

Submitted:  May 30, 2024                        Decided:  June 4, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Timothy McLean, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy McLean, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *McLean v. Granville Cnty.*, No. 5:23-ct-03282-BO-RJ (E.D.N.C. Dec. 5, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*